UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK RISHOR,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | CASE NO. C14-1996JLR<br><br>ORDER |

Before the court is Petitioner Kirk Rishor's motion for relief from the judgment pursuant to Federal Rule of Civil Procedure 60(b)(6). (Mot. (Dkt. # 33); *see also* Judgment (Dkt. # 27).) Rule 60(b)(6) is a catchall provision that provides for relief from a final judgment for "any . . . reason that justifies relief." *See* Fed. R. Civ. P. 60(b)(6). Mr. Rishor argues that the court should reopen the case because it erred in deciding Mr. Rishor's petition to vacate his sentence and his subsequent motion for reconsideration. (Mot. at 1-2.) The court has already rejected Mr. Rishor's arguments (12/8/16 Order (Dkt. # 26); 1/11/17 Order (Dkt. # 31)), and the Ninth Circuit denied Mr. Rishor a

ORDER - 1

certificate of appealability (Mandate (Dkt. # 32)). The court therefore concludes Mr. Rishor's motion lacks merit and DENIES the motion (Dkt. # 33).

Dated this 29th day of June, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2